UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DARCY L. HEALY,

Plaintiff,

v.

NORTHWEST AIRLINES, INC. and INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS,

Defendants.

CIVIL NO. 00-480 (RHK)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: March 8, 2000

JOHN M. MASON
United States Magistrate Judge

(4)

MAR 0 8 2000
Filed __________
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________

Date: March 03, 2000 dl

---

R E C O R D   O F   D O C K E T   T E X T

---

0:98-cv-01385 Gardner v. General Dynamics

---

DOCKET ENTRY

---

MINUTES OF SETTLEMENT CONFERENCE: ( Magistrate Judge John M. Mason ) withdrawing motion for protective order and/or order limiting examination [86-1]; binding settlement agreement reached and placed on the record. Parties will file stipulation for dismissal with prejudice in 30 days 1pg(s)

Hon. Richard H Kyle, Judge

THIS NOTICE SENT TO ALL COUNSEL