**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **DARCY L. HEALY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 00-480 RHK/FLN** |
| | ) | |
| **NORTHWEST AIRLINES, INC., and** | ) | |
| **INTERNATIONAL ASSOCIATION** | ) | |
| **OF MACHINISTS AND AEROSPACE** | ) | |
| **WORKERS** | ) | |
| **Defendants.** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated by and between Darcy L. Healy, Northwest Airlines, Inc., and the International Association of Machinists and Aerospace Workers that:

1. The above-captioned action, and all claims that were or could have been asserted in this action, have been resolved by settlement.

2. The above captioned action, and all claims that were or could have been asserted in this action, shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

3. The dismissal of the above-captioned action, and all claims that were or could have been asserted in this action, is made without the award of any costs, attorneys' fees, or other expenses to either party. Each party shall bear their own costs, attorneys' fees, and other expenses.



FILED JUL 0 6 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: June 30, 2000

Darcy L. Healy
13100 Harriet Avenue South, #159
Burnsville, MN 55337-2634
(612) 707-8755

Dated: June 30, 2000

DORSEY & WHITNEY LLP

By
James D. Kremer (#211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Northwest Airlines, Inc.

Dated: July 3, 2000

GUERRIERI, EDMOND & CLAYMAN, P.C.

By ______________________
John A. Edmond
1625 Massachusetts Avenue, N.W.
Suite 700
Washington, D.C. 20036
Telephone: (202) 624-7400

Dated: July 3, 2000

RIDER, BENNETT, EGAN & ARUNDEL

By ______________________
Michael W. Unger (#13146)
333 South 7th Street
Suite 200
Minneapolis, MN 55402
Telephone: (612) 340-8953

Attorneys for Defendant International Association of Machinists and Aerospace Workers

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: July 6, 2000

BY THE COURT:

______________________
The Honorable Richard H. Kyle
United States District Court Judge